IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARDELL BONNER,<br><br>    Defendant. | 8:17-CR-222<br>8:19-CR-89<br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TRISTEN A. COLEMAN,<br><br>    Defendant. | |

   Trial in both of the above-captioned matters is set to begin on June 10, 2019. The Court's communications with counsel in these cases suggests that there are discovery matters in both cases that may or may not prompt defense counsel to move for continuance, and may or may not provide a sound basis for the Court to grant such motions.

   The Court is available to try these cases during the week of June 10, the week of June 17, or beginning on June 25 (assuming a 4-day trial). But the present state of uncertainty and ambiguity is not a tenable position for the Court to be in a week before trials are set to begin. Accordingly,

IT IS ORDERED:

1. Counsel for all parties in the above-captioned cases are directed to confer and seek agreement on the scheduling of trial in these matters.

2. Failing an agreement, any motions to continue in these cases shall be filed on or before 12 noon on Monday, June 3, 2019.

3. Any opposition to such motions shall be filed on or before 5 p.m. on Monday, June 3, 2019.

4. Absent a motion to continue or agreement of the parties, the Court will proceed in the order previously indicated to counsel: the *Coleman* matter will be tried during the week of June 10, and the *Bonner* matter will be tried during the week of June 17.

Dated this 31st day of May, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge