IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CR-89 |
| vs. | |
| TRISTEN A. COLEMAN and CHARLES R. WARE, JR., | ORDER |
| Defendants. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 80). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictments without prejudice.

IT IS ORDERED:

1. The plaintiff's Motion for Dismissal (filing 80) is granted.

2. The indictment, superseding indictment, and second superseding indictment are dismissed without prejudice.

Dated this 2nd day of July, 2020.

BY THE COURT:

*John M. Gerrard* (signature)

John M. Gerrard
Chief United States District Judge